# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT LANCE TERRY**                                                                                             **PLAINTIFF**

V.                                           No. 4:22-CV-00962-BRW

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                                                   **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections. After considering these documents and after a *de novo* review of the record in this case, the Court approves and adopts the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 17th day of November, 2023.

BILLY ROY WILSON<br>
UNITED STATES DISTRICT JUDGE